**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Made in the USA Foundation, et al,

Plaintiff,

Civil 00-1101 (DDA/FLN)

v.

**DISQUALIFICATION ORDER**

Target Stores, et al,

Defendant.

---

The above entitled action has been assigned to the undersigned, a judge of the above court. Under 28 U.S.C. Section 455(d)(4) the undersigned has a "financial interest" in a party to the proceedings. Thus, the undersigned, does hereby disqualify himself from handling the same.

Upon the foregoing,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the master list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: May ___, 2000.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED MAY 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Case reassigned to Judge Michael J. Davis
and
Magistrate Judge Jonathan G. Lebedoff

NEW CASE NUMBER 00-1101 MJD/JGL

Use this case number for all further filings.