UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

T.M. HOFF HANDMADE, et al.,

Plaintiffs,

v.

TARGET STORES, et al.,

Defendants.

Civil No.: 0:00-cv-110 . (MJD/JGL)

**Stipulation and Order for Extension of Time To Answer Or Otherwise Respond to Target Corporation's Counterclaim**

---

The parties to the above-captioned matter hereby stipulate and agree that the time for Plaintiff Gabriel Ichak Studio to answer or otherwise plead to Target Corporation's Counterclaim in this case is hereby extended up to and including August 18, 2000.

Dated: August 15, 2000

HEINS MILLS & OLSON, P.L.C.

Samuel D. Heins (#43576))
Karla M. Gluek (#238399)
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 338-4605

Of Counsel:

Joel D. Joseph
THE CUNEO LAW GROUP, P.C.
317 Massachusetts Avenue, N.E., Suite 300
Washington, DC 20002
(202) 789-3960

ATTORNEYS FOR PLAINTIFFS



AUG 15 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 14, 2000

FAEGRE & BENSON LLP

James R. Steffen (#204717)
Brian W. Hayes (#294585)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

ATTORNEYS FOR DEFENDANTS

It is so Ordered.

Date: Aug. 15, 2000

Honorable Jonathan G. Lebedoff
U.S. Magistrate Judge

26075