UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1101 (MJD/JGL)

T.M. HOFF HANDMADE, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

TARGET STORES, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two to three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to February 1, 2001;

3. The party bearing the burden of proof shall disclose all expert witnesses by May 1, 2001; reply expert witnesses shall be disclosed by June 1, 2001; and rebuttal expert witnesses shall be disclosed by June 15, 2001;

4. The period during which the parties may seek discovery shall be completed by July 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to August 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to November 1, 2001; and

7. This case will be considered "ready for trial" as of November 1, 2001.

DATED: November 15, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed__________
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________