UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**T. M. HOFF HANDMADE, MADE IN THE USA FOUNDATION, and GABRIEL ICHAK DESIGN,**

Plaintiffs,

**v.**

**TARGET STORES, DAYTON HUDSON CORPORATION, and TARGET CORP./DHOC, sued as TARGET CORPORATION,**

Defendants.

Civil File No. 00-1101 (MJD/JGL)

**ORDER**

---

APPEARANCES

Joel Joseph, Esq., for Plaintiffs.

Eunice de Carvalho, Esq. and James Steffen, Esq., for Defendants.

---

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on June 14, 2001, on Defendants' Motion to Compel Discovery (Doc. No. 29). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1. At the hearing, the Court ordered the following. It is summarized below for the parties' convenience.

FILED JUN 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Target's Interrogatories and Requests for Production of Documents to T. M. Hoff**

Plaintiff T. M. Hoff Handmade shall, before the close of business on July 2, 2001, answer fully and without objection Interrogatories No. 2, 3, 5, 6, and 7 of Target Corporation's First Set of Interrogatories and Requests for Production of Documents (including the address, telephone number and background information of Mr. Wu in response to Interrogatory No. 7) and shall produce without objection all documents sought by Document Requests No. 1, 4, 16, 17, 22, and 23 of Target Corporation's First Set of Interrogatories and Requests for Production. Plaintiff T. M. Hoff Handmade shall, before the close of business on July 2, 2001, answer fully and without objection Target Corporation's Second Set of Interrogatories and Requests for Production of Documents.

**Target's Interrogatories and Requests for Production of Documents and Things to Gabriel Ichak Design**

Plaintiff Gabriel Ichak Design shall, before the close of business on July 2, 2001, answer fully and without objection Interrogatories No. 2, 3, 5, 6, and 7 of Target Corporation's First Set of Interrogatories and Requests for Production of Documents, and shall produce without objection all documents sought by Document Requests No. 4, 15, and 16 of Target Corporation's First Set of Interrogatories and Requests for Production of Documents to Gabriel Ichak Design. Plaintiff Gabriel Ichak Design shall, before the close of business on July 2, 2001, answer fully and without

objection Target Corporation's Second Set of Interrogatories and Requests for Production of Documents.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

(1) Defendants' Motion to Compel Discovery (Doc. No. 29) is **GRANTED IN PART** and **DENIED IN PART**;

(2) Counsel for the parties shall meet by telephone **prior to July 2, 2001** to confer regarding discovery issues;

(3) The pretrial schedule is amended as follows: discovery closes **August 1, 2001**; all non-dispositive motions shall be filed and served prior to **August 15, 2001**; all other pre-trial deadlines and the trial ready date are unaffected by the above changes; and

(4) Defendants' Request for Expenses and Attorney's Fees is **DENIED**.

Dated: June 15, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge